

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SCOTT ANTHONY HETRICK, | § | No. 08-23-00093-CR |
| Appellant, | § | Appeal from the |
| v. | § | 91st Judicial District Court |
| THE STATE OF TEXAS, | § | of Eastland County, Texas |
| Appellee. | § | (TC# 25315) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF NOVEMBER 2023.

LISA J. SOTO, Justice

Before Palafox, and Soto, JJ., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.), sitting by assignment